5-30-2007

Case Name: Wright v. Liquori
Case Number: 1:07-cv-209 (GMS)

I received notice that my complaint was entered and filed on 4/25/2007

I have yet to receive notice that my complaint was served upon Defendant, Liquori.

Should I assume based on my complaint being filed, that Defendant was served? Or, has Defendant yet to be served complaint?

Also, how long of time does Defendant has to respond to a civil complaint in U.S. District Court, Wilmington?

I Thank you in Advance

Yours truly
SLG—

Shaun Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

FILED
JUN -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

SOUTH JERSEY NJ 080
31 MAY 2007 PM 5 L

Shaun Corbitt
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

U.S. District Court
Court Clerk, Wilmington, DE
844 King Street, Lockbox 18
Wilmington, DE 19801

Legal Mail