07-209 (GMS)                    12-29-2007
07-445 (GMS)

FILED

JAN 03 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir/Madam                          BP scanned

I've been paying balances on
filing fees for two civil actions
complaints. 07-209 and 07-445.
    It appears that you are still
billing and accepting payment for
civil Action 07-209.
    The balance on that ~~Bill~~ filing
fee should have been satisfied in or
around October 2007.
    Could you please give me a statement
of the balances for both accounts?
    I thank you in advance for
your help.


Shawn Wright                  yours truly
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08326



SOUTH JERSEY MD 080

02 JAN 2008 PM 3 L

Shaun Worrell
40982 OSO
FCI Fairton
P.O. Box 420
Fairton NJ 08320

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington De 19801-3570

19801+3570