OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2008

TO:   Shawn Wright
      Reg. 40987-050
      FCI - Fairton
      P.O. Box 420
      Fairton, NJ 08320

*RE:*   **Letter to Clerk regarding Filing Fee,**
        **CA 07-209(GMS)**

Dear Mr. Wright:

A current summary of payments received and docketed is enclosed for your reference. On 12/14/07, the Clerk's Office received the final payment in the amount of $19.83. The case in now paid in full. This is reflected on the enclosed financial ledger.

I trust that this letter addresses your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Gregory M. Sleet
enc: Financial Ledger

*PRISONER LITIGATION LEDGER*

SHAWN WRIGHT V. LIGUORI

CA 07-209-GMS
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 4/25/2007 | | | | 350 |
| 5/30/2007 | 5100PL | 147715 | 59.81 | 290.19 |
| 6/12/2007 | 5100PL | 147846 | 17.20 | 272.99 |
| 7/13/2007 | 5100PL | 148181 | 67.60 | 205.39 |
| 8/9/2007 | 5100PL | 148495 | 33.52 | 171.87 |
| 9/13/2007 | 5100PL | 148892 | 11.87 | 160 |
| 9/13/2007 | 0869PL | 148892 | 60.00 | 100 |
| 9/13/2007 | 086400 | 148893 | 22.65 | 77.35 |
| 10/10/2007 | 086400 | 149144 | 23.52 | 53.83 |
| 11/13/2007 | 086400 | 149563 | 34.00 | 19.83 |
| 12/14/2007 | 086400 | 149928 | 19.83 | 0 |

SHAWN WRIGHT V. JAMES E. LIGUORI

CA 07-445-GMS
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 7/26/2007 | | | | 350 |
| 10/10/2007 | 5100PL | 149142 | 23.52 | 326.48 |
| 11/13/2007 | 5100PL | 149565 | 24.29 | 302.19 |
| 12/14/2007 | 5100PL | 149929 | 76 | 226.19 |
| | | | | 226.19 |
| | | | | 226.19 |
| | | | | 226.19 |
| | | | | 226.19 |
| | | | | 226.19 |

CASENO
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |